**STIP**
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA FOREMAN, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, ex rel. NEVADA SYSTEM OF HIGHER EDUCATION, UNIVERSITY OF NEVADA, LAS VEGAS, a Foreign Limited Liability Company, DOES I -X; ROE CORPORATIONS I -X. <br><br> Defendant. | **CASE NO.: 2:18-cv-01485-APG-CWH** <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

IT IS HEREBY STIPULATED AND REQUESTED by the parties through their respective attorneys that Plaintiff Belinda Foreman's deadline to oppose Defendant's Motion to Dismiss Complaint be extended by one (1) week.

1. On September 5, 2018, Defendant filed its Motion to Dismiss the Complaint in this matter. The current deadline for Plaintiff's Opposition is September 19, 2018.

2. On September 17, 2018, Marta D. Kurshumova, counsel for Plaintiff, conferred with Lynda P. King, counsel for Defendant, regarding the deadline for Plaintiff's Opposition.

Page 1 of 3

Counsel for Defendant consented to Plaintiff's request to extend the time for filing the Opposition by seven (7) days, which would make the new deadline <u>Wednesday, September 26, 2018</u>. Therefore, the parties respectfully request that the deadline be moved to September 26, 2018, and any response day be extended by ten (10) days.

3. Good cause exists for this extension as Plaintiff's primary counsel, Jenny Foley, is out of state from September 17, 2018 through September 24, 2018 for a family commitment.

4. The extension will not result in undue delay in the administration of this cause.

5. No other extension of time has been previously requested in this case with respect to the opposition to Defendant's Motion to Dismiss.

This stipulation and request is submitted pursuant to LR 7-1 and FRCP 6. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS, LLP**

DATED: September 17, 2018

By: /s/ *Marta D. Kurshumova*
MARTA D. KURSHUMOVA
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 522-1848
Fax: (702) 625-3893
*Attorney for Plaintiff*

///

///

///

|   |   |   |
|---|---|---|
| 1 | | **UNIVERSITY OF NEVADA, LAS VEGAS** |
| 2 | DATED: September 17, 2018 | By: /s/ *Lynda P. King* |
| 3 | | LYNDA P. KING |
| | | Assistant General Counsel |
| 4 | | E-mail: lynda.king@unlv.edu |
| | | 4505 S. Maryland Parkway, Box 451085 |
| 5 | | Las Vegas, NV 89154-1085 |
| | | Tel: (702) 895-5185 |
| 6 | | Fax: (702) 895-5299 |
| | | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 18, 2018.