**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| BELINDA FOREMAN, | |
| Plaintiff, | |
| vs. | 2:18-cv-01485-APG-CWH |
| STATE OF NEVADA ex rel. NEVADA SYSTEM OF HIGHER EDUCATION, UNIVERSITY OF NEVADA, LAS VEGAS, a Foreign Limited Liability Company, DOES I-X, ROE CORPORATIONS I-X, | **ORDER** |
| Defendants. | |

Before the court is Defendant's Request to Vacate and Reschedule Early Neutral Evaluation, or in the Alternative, for Exception to ENE Attendance Requirements (ECF No. 13).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Request to Vacate and Reschedule Early Neutral Evaluation, or in the Alternative, for Exception to ENE Attendance Requirements (ECF No. 13) is scheduled for 10:00 AM, September 28, 2018, in Courtroom 3D.

DATED this 20th day of September, 2018.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE