# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA FOREMAN, | Case No.: 2:18-cv-01485-APG-CWH |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 7, 18] |
| STATE OF NEVADA, | |
| Defendant | |

In light of the parties' settlement (ECF No. 27),

IT IS ORDERED that the defendant's motion to dismiss **(ECF No. 7)** and the plaintiff's motion to amend **(ECF No. 18) are DENIED as moot**.

DATED this 10th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE